UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

| | |
|---|---|
| IN RE:<br><br>Susan I. Sheehan,<br>Debtor. | |
| Bayview Loan Servicing, LLC,<br><br>VS.<br><br>Susan I. Sheehan | CHAPTER 7<br>CASE NO. 17-30414-EDK |

MOTION FOR RELIEF FROM STAY

To the Honorable Elizabeth D. Katz:

Bayview Loan Servicing, LLC, your moving party in the within Motion, hereby requests that the Court grant relief from the Automatic Stay imposed by 11 U.S.C. §362 and any applicable Co-debtor Stay imposed by 11 U.S.C. §1301 and respectfully represents:

1. The movant has a mailing address of 4425 Ponce de Leon Blvd, Fifth Floor, Coral Gables, FL 33146.

2. The debtor has a mailing address of 25 Breton Ln, Holyoke, MA 01040.

3. On May 22, 2017, the debtor, Susan I. Sheehan, filed a petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts.

4. The movant is the holder of a first mortgage on real estate in the original amount of $213,872.49 given by Susan I. Sheehan and James R. Jaycox to CitiFinancial Services, Inc. on or about May 22, 2007. Said mortgage is recorded in the Hampden County Registry of Deeds at Book 16704, Page 285 and covering the premises located at 25 Breton Ln, Holyoke, MA 01040. A copy of the mortgage, note and assignment is annexed hereto and marked as Exhibit 'A'.

5. Said mortgage secures a note given by Susan I. Sheehan and James R. Jaycox to CitiFinancial Services, Inc. in the original amount of $213,872.49.



6. There is no other collateral securing the obligation.

7. Said mortgage was subject to the following assignments:

Assignor: CitiFinancial Services, INC. to Assignee: CitiFinancial Servicing, LLC, recorded on July 23, 2014, in Book No. 20359, at Page 459

Assignor: CitiFinancial Servicing, LLC to Assignee: Bayview Loan Servicing, recorded on March 8, 2017, in Book No. 21593, at Page 67

8. There is a Declaration of Homestead recorded.

9. As of July 28, 2017, approximately $262,805.59 in principal, interest, late fees and other charges was due with regard to Bayview Loan Servicing, LLC's note and mortgage. As a result of this motion, attorney's fees and costs of approximately $931.00 have accrued. This figure may increase as additional attorney's fees and costs accrue.

10. According to the debtor's Statement of Intention, the subject property is being surrendered.

11. There are the following encumbrances on the property:

| Name of Creditor | Type of Lien | Amount Owed |
|---|---|---|
| Movant | First lien | $262,805.59 |

Total Secured Encumbrances**:**                                                                                  $262,805.59

14. According to the debtor schedules, the fair market value of the subject property is $230,000.00. The liquidation value of the subject property is $214,651.20, calculated as the fair market value less a reasonable realtor's fee (6%); deed stamps $1,048.80 and anticipated costs incurred for a real estate closing of $500.00.

15. The note and mortgage are in default for the August 8, 2013 payment, and all payments thereafter plus reasonable attorney's fees and costs and other charges incurred by the movant.

16. The movant seeks relief from stay as a secured creditor to enforce its rights under its loan documents and applicable law. In support thereof, the movant states that it is entitled to relief:

I. Pursuant to 11 U.S.C. §362 (d)(1) for cause on the basis that the debtor is in default on said contractual obligations, the primary purpose of a Chapter 7 proceeding is to liquidate the assets of the debtor, there is no equity and the trustee has no motivation to liquidate the subject property;

II. Pursuant to 11 U.S.C. §362 (d)(2) on the basis that there is no equity in the subject property and, there being no reorganization in prospect, the property is not necessary for effective reorganization.

WHEREFORE, the movant prays that it, and its successors and/or assigns, be granted relief from the automatic stay for the purpose of: (i) exercising its rights under its agreements with the debtor and under applicable law, including, without limitation, taking possession of the mortgaged premises and/or foreclosing or accepting a deed in lieu of foreclosure of its mortgage on said premises; (ii) preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a); (iii) bringing such actions, including, without limitation, proceedings, as are permissible by law; and (iv) that the Court order such other and further relief as may be just and proper.

Respectfully submitted,

Bayview Loan Servicing, LLC,
By its Attorney

/s/Joshua Ryan-Polczinski
Joshua Ryan-Polczinski
BBO#  678007
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: September 29, 2017

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

| | |
|---|---|
| IN RE:<br><br>Susan I. Sheehan,<br><br>Debtor. | Case No. 17-30414-EDK<br>Chapter 7 |

CERTIFICATE OF SERVICE

      I, Joshua Ryan-Polczinski, state that on September 29, 2017, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of District of Massachusetts on behalf of Bayview Loan Servicing, LLC using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

David Brunelle

David W. Ostrander

Richard T. King


I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Susan I. Sheehan
25 Breton Ln
Holyoke, MA 01040

James R. Jaycox
25 Breton Ln
Holyoke, MA 01040

City Of Holyoke Tax Collector
536 Dwight Street
#6
Holyoke, MA 01040



                          Respectfully submitted,

                          Bayview Loan Servicing, LLC,

                                      By its Attorney

                                      /s/Joshua Ryan-Polczinski
Joshua Ryan-Polczinski
BBO#  678007
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: September 29, 2017

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

| | |
|---|---|
| IN RE:<br><br>Susan I. Sheehan,<br><br>Debtor. | Case No. 17-30414-EDK<br>Chapter 7 |

**Order Granting Bayview Loan Servicing, LLC Relief
From The Automatic Stay and Leave to Foreclose Mortgage**

This matter has come before the Court, and after full consideration, and no objection having been filed after proper notice, it is hereby ordered that Bayview Loan Servicing, LLC, its Successors and/or Assigns, Motion for Relief From Automatic Stay is hereby granted and the stay imposed by 11 U.S.C. §362 and/or 11 U.S.C. §1301 is hereby terminated and it may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by Susan I. Sheehan and James R. Jaycox to CitiFinancial Services, Inc. dated May 22, 2007. Said mortgage is recorded in the Hampden County Registry of Deeds at Book: 16704, Page: 285 and covering the premises located at 25 Breton Ln, Holyoke, MA 01040. Bayview Loan Servicing, LLC may exercise its rights under said Mortgage, including preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a), and may bring such actions, including, without limitation, eviction proceedings, as are permissible by law, all as set forth in its Motion.

Honorable Elizabeth D. Katz
United States Bankruptcy Judge

17-30414-EDK



1